**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                        Civil Action No. 1:16-cv-01232-VSB
                                     Plaintiff,                  :
                                                                 :
                      vs.                                        :
                                                                 :
EDWIN PARK,                                                      :
                                                                 :
                                     Defendant.                  :
-----------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL

## <u>WITH PREJUDICE OF EDWIN PARK</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Edwin Park ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Edwin Park was assigned the IP Address 69.206.240.171. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Edwin Park has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 30, 2016

                                                  Respectfully submitted,

                             By:   /s/ *Jacqueline M. James*
                                    Jacqueline M. James, Esq. (1845)
                                    The James Law Firm, PLLC


2

        445 Hamilton Avenue
        Suite 1102
        White Plains, New York 10601
        T: 914-358-6423
        F: 914-358-6424
        E-mail: jjameslaw@optonline.net
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:  /s/ *Jacqueline M. James*
        Jacqueline M. James, Esq.


445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.

445 Hamilton Avenue  
Suite 1102  
White Plains, New York 10601  
T: 914-358-6423  
F: 914-358-6424  
E-mail: jjameslaw@optonline.net  
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jacqueline M. James*  
Jacqueline M. James, Esq.