UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                          :
                                                            :    Civil Action No. 1:16-cv-01232-VSB
                        Plaintiff,                          :
                                                            :    SO ORDERED:
            vs.                                             :
                                                            :    /s/ Vernon Broderick
EDWIN PARK,                                                 :    _____
                                                            :    HON. VERNON S. BRODERICK  1/3/2017
                                                            :    UNITED STATES DISTRICT JUDGE
                        Defendant.                          :
------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL

### <u>WITH PREJUDICE OF EDWIN PARK</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Edwin Park ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Edwin Park was assigned the IP Address 69.206.240.171. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Edwin Park has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 30, 2016

                                            Respectfully submitted,

                                    By:     /s/ *Jacqueline M. James*
                                            Jacqueline M. James, Esq. (1845)
                                            The James Law Firm, PLLC

1

              445 Hamilton Avenue
              Suite 1102
              White Plains, New York 10601
              T: 914-358-6423
              F: 914-358-6424
              E-mail: jjameslaw@optonline.net
              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

              By:  /s/ *Jacqueline M. James*
              Jacqueline M. James, Esq.