AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>Southern District of New York<br>500 Pearl St.<br>New York, NY 10007 |
|---|---|---|
| DOCKET NO.<br>16-cv-1232 | DATE FILED<br>2/17/2016 | |
| PLAINTIFF<br>Malibu Media, LLC | | DEFENDANT<br>JOHN DOE subscriber assigned IP address 69.206.240.171 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>1/3/2017 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>Chelsea Attanasio | DATE<br>1/3/2017 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 69.206.240.171**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 12/11/2015 |
| Freckle Faced Fox | PA0001970454 | 09/18/2015 | 09/21/2015 | 12/06/2015 |
| A Night In Vegas | PENDING | 10/21/2015 | 11/03/2015 | 12/06/2015 |
| Domination Part Two | PENDING | 11/24/2015 | 12/07/2015 | 12/06/2015 |
| First Time Lesbian Loving | PENDING | 10/10/2015 | 10/19/2015 | 12/06/2015 |
| The Cabin And My Wood | PENDING | 11/01/2015 | 11/17/2015 | 12/06/2015 |
| Tickle My Pink | PENDING | 11/12/2015 | 11/25/2015 | 12/06/2015 |
| Tiny Seductress | PENDING | 11/20/2015 | 12/07/2015 | 12/06/2015 |
| Two Fingers Deep | PENDING | 11/05/2015 | 11/17/2015 | 12/06/2015 |
| Hot Winter Fox | PENDING | 12/02/2015 | 12/29/2015 | 12/04/2015 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 11/19/2015 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/19/2015 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 11/19/2015 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 11/19/2015 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 11/19/2015 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 11/19/2015 |

**Total Malibu Media, LLC Copyrights Infringed:  17**

EXHIBIT B

SNY297

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
MALIBU MEDIA, LLC,                              :
                                                :   Civil Action No. 1:16-cv-01232-VSB
                    Plaintiff,                  :
                                                :   SO ORDERED:
            vs.                                 :
                                                :   /s/ Vernon Broderick
                                                :   _____
EDWIN PARK,                                     :   HON. VERNON S. BRODERICK  1/3/2017
                                                :   UNITED STATES DISTRICT JUDGE
                                                :
                    Defendant.                  :
---------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**

<u>**WITH PREJUDICE OF EDWIN PARK**</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Edwin Park ("Defendant") through his counsel, Robert Cashman, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  Edwin Park was assigned the IP Address 69.206.240.171.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Edwin Park has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 30, 2016

                                        Respectfully submitted,

                              By:   /s/ *Jacqueline M. James*
                                    Jacqueline M. James, Esq. (1845)
                                    The James Law Firm, PLLC

1

2

          445 Hamilton Avenue
          Suite 1102
          White Plains, New York 10601
          T: 914-358-6423
          F: 914-358-6424
          E-mail: jjameslaw@optonline.net
          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

          By:  /s/ *Jacqueline M. James*
          Jacqueline M. James, Esq.